No. 04–5817.  HOWELL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–5821.  GIBSON v. IDAHO STATE TAX COMMISSION.  Ct. App. Idaho.  Certiorari denied.

No. 04–5824.  HINTON, AKA ABDUS-SALAAM v. MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 04–5825.  HARDY v. UNITED STATES (two judgments). C. A. 4th Cir.  Certiorari denied.

No. 04–5827.  CRUZ-MARTINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–5828.  CHAPA-IBARRA, AKA IBARRA CHAPA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–5832.  MENDEZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–5840.  FOUCHE v. SLADE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–5843.  MUHAMMAD v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–5844.  SARBIA, AKA VIZCARRA v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 04–5861.  OGLETREE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–5862.  GALDI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–5869.  ACOSTA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–5873.  WOODARD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.